IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNON LEON POWELL,<br><br>Defendant. | 4:23-CR-3033<br><br>ORDER |

The Court has been advised that the defendant in this case, who commenced serving a 140-month term of supervised release on December 17, 2018, is deceased. Accordingly,

IT IS ORDERED that the defendant is discharged from supervision and the proceedings in this case are terminated.

Dated this 6th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge